John R. Nelson (TX 00797144) (*pro hac vice*)
LOCKE LORD LLP
600 Congress Ave., Suite 2200
Austin, TX 78701
Telephone: 512-305-4868
Facsimile: 512-305-4800
jnelson@lockelord.com

M. Cole Mackey (TX 24062865) (*pro hac vice*)
LOCKE LORD LLP
600 Travis Street, Suite 2800
Houston, TX 77002
Telephone: 713-226-1142
Facsimile: 713-223-3717
cmackey@lockelord.com

*Attorneys for Plaintiff*
*The PPA Group, LLC*

UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **The PPA Group, LLC, a Nevada limited liability company,**<br>        **Plaintiff,**<br><br>    v.<br><br>**theppa-group.com and John Doe,**<br><br>        **Defendants.** | **Case No. CV-17-855-PHX-JZB**<br><br><br>**PLAINTIFF'S RULE 41(a)(1)(A)(i) NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT JOHN DOE ONLY** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, The PPA Group, LLC ("Plaintiff" or "PPA"), hereby voluntarily dismisses without prejudice its claims

1

HOU:0054346/00013:1914358v1

against Defendant John Doe only.  Defendant Doe has never been identified.  This case is proceeding *in rem* against the Defendant Domain Name <theppa-group.com>.

PPA's Verified Complaint (Doc. No. 1) was filed March 22, 2017.  Defendant John Doe has not served either an answer or a motion for summary judgment.  Plaintiff files this Notice with the intention of dismissing its claims against only Defendant John Doe under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to refiling.

Respectfully submitted,

Dated this 23rd day of August, 2017    **LOCKE LORD LLP**

By:   /Cole Mackey/

M. Cole Mackey

*Attorneys for Plaintiff*

2

HOU:0054346/00013:1914358v1