1
2
3
4
5
6 **IN THE UNITED STATES DISTRICT COURT**
7 **FOR THE DISTRICT OF ARIZONA**
8

| | |
|---|---|
| 9  PPA Group LLC, | **NO. CV-17-00855-PHX-JZB** |
| 10          Plaintiff, | |
| 11  v. | **DEFAULT JUDGMENT** |
| 12  theppa-group.com, et al., | |
| 13          Defendants. | |

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendant theppa-group.com.  The domain name theppa-group.com is hereby transferred to Plaintiff.

                                        Brian D. Karth
                                        District Court Executive/Clerk of Court

October 13, 2017

                                        s/ Leann Dixon
                           By  Deputy Clerk